AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

AIM GROUP, LLC D/B/A REVE BODY SCULPTING, and AMY LOUISE STONE,

*Plaintiff(s)*

v.

BTL INDUSTRIES, INC., MMP CAPITAL INC., DEXT CAPITAL, LLC, and QL TITLING TRUST, LTD.,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:25-CV-690-RGJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* QL TITLING TRUST, LTD.,
c/o REGISTERED AGENT SOLUTIONS, INC.
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Lori Wisniewski Azzara, Esq.
Cohen Seglias Pallas Greenhall & Furman P.C.
626 Washington Place, Suite 1902
Pittsburgh, PA 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 10/23/2025  _____
Signature of Clerk or Deputy Clerk

Doc ID: d58bc2774fd071f4ac450a7c4609f65ee3a87f5b

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **QL Tilting Trust, LTD c/o Registered Agent Solutions, Inc.**
was received by me on *(date)* **10/30/25**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Patrick Jones- Legal Processor** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**QL Tilting Trust, LTD c/o Registered Agent Solutions, Inc.** on *(date)* **10/31/25 9:43am** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/31/25**

*Server's signature*

**Ryan Fortune- Process server**
*Printed name and title*

**290 High St Versailles, KY 40383**
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

Doc ID: d58bc2774fd071f4ac450a7c4609f65ee3a87f5b

# AFFIDAVIT OF SERVICE

State of Kentucky          County of Western          U.S. District Court

Case Number: 3:25-CV-690-RGJ

Plaintiff:
**AIM Group, LLC d/b/a Reve Body Sculpting, and Amy Louise Stone**

vs.

Defendant:
**BTL Industries Inc., MMP Capital Inc., Dext Capital, LLC and QL Tilting Trust, LTD**

For:
Mansfield Bronstein & Stone LLP
Broward Financial Center
200 E Broward Boulevard, Suite 1250
Fort Lauderdale, FL 33301

Received by Kentucky Process Service Inc. on the 30th day of October, 2025 at 11:48 am to be served on **QL Tilting Trust, Ltd c/o Registered Agent Solutions, Inc, 334 North Senate Avenue, Indianapolis, IN 46204**.

I, Ryan Fortune, being duly sworn, depose and say that on the **31st day of October, 2025** at **9:43 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint; Case Assignment** to: **Patrick Jones** as **Legal Processor** for **QL Tilting Trust, Ltd**, at the address of: **334 North Senate Avenue, Indianapolis, IN 46204**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 185, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 31st day of October, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ANDREA DAWN RUE
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2029

Ryan Fortune
10/31/25
Date

Kentucky Process Service Inc.
290 High Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2025009739

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

Doc ID: d58bc2774fd071f4ac450a7c4609f65ee3a87f5b